UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBRA A. CARTER,

        Plaintiff,

v.

KKK,

        Defendant.

2:11-CV-1759 JCM (GWF)

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge George Foley, Jr. (Doc. #5). *Pro se* plaintiff Debra Carter did not file an objection.

Magistrate Judge Foley recommends that the court dismiss plaintiff's complaint for failure to comply with a court order. (Doc. #5). On November 7, 2011, the magistrate denied plaintiff's motion for leave to proceed in *forma pauperis* because plaintiff's application was incomplete. (Doc. #2). The order stated that plaintiff could file a complete application to proceed in *forma pauperis* within thirty days of the entry of the order. (Doc. #2). Plaintiff failed to file a complete application within thirty days, and the magistrate judge issued the instant report and recommendation. (Doc. #5).

On December 13, 2011, the same day the magistrate issued the report and recommendation, plaintiff filed another motion for leave to proceed in *forma pauperis*. (Doc. #6). The magistrate denied plaintiff's re-filed motion because it still was not complete. (Doc. #7). The order denying plaintiff's second motion for leave to proceed in *forma pauperis* stated that "the [c]ourt will deny

**James C. Mahan**
**U.S. District Judge**

1  [p]laintiff's application and allow the [r]eport and [r]ecommendation for dismissal to stand." (Doc.
2  #7).
3       Upon review of the report and recommendation (doc. #6), and there not being any objections,
4       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States Magistrate
5  Judge George Foley, Jr.'s recommendation (doc. #5) be, and the same hereby is, AFFIRMED in its
6  entirety.
7       IT IS THEREFORE ORDERED that the complaint be, and the same hereby is, DISMISSED.
8       DATED January 5, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -